| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Andrew C. Muzi, Esq. SBN 132282<br>1851 E 1st St # 1257<br>Santa Ana     CA     92705 | (949) 553-9277 | |
| ATTORNEY FOR (Name     Plaintiff | | |

| Insert of Court Name of Judicial District and Branch Court if any |
|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

| SHORT TITLE OF CASE |
|---|
| UNITED STATES V. MORGANTI |

| 1369823 | (HEARING) Date | Time | Dept | Case Number:<br>CV081932PJH |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ISEC V. DICK |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
   DEADLINES; GUIDELINES RE: FILING PROCESS
   ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT
   CASE MANAGEMENT CONFERENCE; WAIVER OF SERVICE OF SUMMONS
   ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF
   MAGISTRATE JUDGE TO EXERCISE JURISDICTION

3. A. PARTY SERVED:     American Casualty Company of Reading,

   Pennsylvania, a Pennsylvania corporation
   CT Corporation System, Agent for Service

   B. PERSON SERVED:    MARGARET WILSON, AUTHORIZED TO RECEIVE
   CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR

4. C. ADDRESS:     818 W 7th St
   Los Angeles     CA     90017

5. I SERVED THE PARTY NAMED IN ITEM 3
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
      AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.    ON    4/25/2008 AT  2:50:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
   American Casualty Company of Reading,

   Pennsylvania, a Pennsylvania corporation
   CT Corporation System, Agent for Service
   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION  CCP 416.10

d. The fee for service was     $28.50

7a. Person Serving:    Enrique    Mendez
e. I am:
   (1)    not a registered California process server:
   (3) X   registered California process server:
      (i) Independant Contractor
      (i) Registration No. 434/3428
      (i) County:    oc/la

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4/29/2008

X _____ SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)