| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Andrew C. Muzi, Esq. SBN 132282<br>1851 E 1st St # 1257<br><br>Santa Ana        CA        92705 | (949) 553-9277 | |
| ATTORNEY FOR (Name    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
UNITED STATES V. MORGANTI

| 1369829 | (HEARING) Date | Time | Dept | Case Number:<br>CV081932PJH |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ISEC V. DICK |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT
   CONFERENCE AND ADR DEADLINES; GUIDELINES RE: FILING PROCESS
   ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT
   CASE MANAGEMENT CONFERENCE; WAIVER OF SERVICE OF SUMMONS
   ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF
   MAGISTRATE JUDGE TO EXERCISE JURISDICTION

3. A. PARTY SERVED:    Continental Casualty Company, an Illinois
                        corporation
                        CT Corporation System, Agent for Service
   B. PERSON SERVED:   MARGARET WILSON, AUTHORIZED TO RECEIVE
                        CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR

4. C. ADDRESS:    818 W 7th St
                   Los Angeles        CA        90017

5. I SERVED THE PARTY NAMED IN ITEM 3
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
      AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.   ON    4/25/2008 AT   2:50:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
      Continental Casualty Company, an Illinois
      corporation
      CT Corporation System, Agent for Service
   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION CCP 416.10

7a. Person Serving:   Enrique   Mendez

b. DDS Legal Support
   2900 Bristol St
   Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $28.50
e. I am:
   (1)     not a registered California process server:
   (3) X   registered California process server:
           (i) Independant Contractor
           (i) Registration No: 434/3428
           (i) County: oc/la

8. I declare under the penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.

4/29/2008                                      X
                                               SIGNATURE

Form Approved for Optional Use Judicial
Council of California                          **PROOF OF SERVICE**                         CRC 982(A)(23)
POS-010 [REV Jan 1 2007]