| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Andrew C. Muzi, Esq. SBN 132282<br>1851 E 1st St # 1257<br>Santa Ana      CA      92705 | (949) 553-9277 | |
| ATTORNEY FOR (Name    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
UNITED STATES V. MORGANTI

| 1369788 | (HEARING) Date | Time | Dept | Case Number:<br>CV081932PJH |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ISEC V. DICK |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
   DEADLINES; GUIDELINES RE: FILING PROCESS
   ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT
   CASE MANAGEMENT CONFERENCE; WAIVER OF SERVICE OF SUMMONS
   ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF
   MAGISTRATE JUDGE TO EXERCISE JURISDICTION

3. A. PARTY SERVED:    Dick Corporation, a Pennsylvania corporation

      CT Corporation System, Agent for Service

   B. PERSON SERVED:   MARGARET WILSON, AUTHORIZED TO RECEIVE
      CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR

4. C. ADDRESS:    818 W 7th St
      Los Angeles      CA      90017

5. I SERVED THE PARTY NAMED IN ITEM 3
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
      AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.    ON    4/25/2008 AT  2:50:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
      Dick Corporation, a Pennsylvania corporation
      CT Corporation System, Agent for Service

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION CCP 416.10

| | d. The fee for service was    $49.90 |
|---|---|
| 7a. Person Serving:    Enrique    Mendez | e. I am: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (1)     not a registered California process server:<br>(3) X  registered California process server:<br>   (i) Independant Contractor<br>   (i) Registration No: 434/3428 |
| c. (714) 662-5555 | (i) County:  oc/la |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4/29/2008                                      X                              SIGNATURE

Form Approved for Optional Use Judicial
Council of California                            **PROOF OF SERVICE**                                CRC 982(A)(23)
POS-010 [REV Jan 1 2007]