| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MUZ1 & ASSOCIATES<br>ANDREW C. MUZI - SBN # 132282<br>1851 EAST FIRST STREET SUITE 1257<br>SANTA ANA, CA  92705 | (949) 553-9277 | |
| ATTORNEY FOR (NAME)   ISEC, INC. | REFERENCE NUMBER<br>0S353397-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, CALIFORNIA<br>450 GOLDEN GATE #1111<br>SAN FRANCISCO, CA 94102 | | |
| SHORT NAME OF CASE<br>USE AND BENEFIT OF ISEC vs. DICK MORGANTI | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV0801932PJH |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., A PENNSYLVANIA CORPORATION

**Person Served:** BECKY DEGEORGE
**Title:** AGENT/CSC-LAWYERS, INC.

**Date of Delivery:** 05/05/08
**Time of Delivery:** 09:15 am

**Place of Service:** 2730 GATEWAY OAKS DR. STE 100
SACRAMENTO, CA 95833                           (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**   [X]  Federal Rules of Civil Procedure
                        [ ]  California Code of Civil Procedure

**Fee for service:** $ 59.27

---

[X] Registered: SACRAMENTO County,
Number: 2006-72

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30B 0S353397-01

*Client File # ISEC, INC. V. MORGANTI*

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: May 7, 2008
at: SACRAMENTO, California.

Signature: *Terry Root*
Name: TERRY ROOT
Title: REGISTERED PROCESS SERVER

**ISEC, INC. V. DICK MORGANTI, ET AL**
CASE # CV 08-01932 PJH

LIST OF DOCUMENTS TO BE SERVED

1.) SUMMONS IN A CIVIL ACTION

2.) COMPLAINT FOR: 1) BREACH OF CONTRACT; 2) CLAIM AGAINST MILLER ACT BOND; 3) COMMON COUNTS

3.) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

4.) ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE

5.) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

6.) ECF REGISTRATION INFORMATION HANDOUT

7.) GUIDELINES RE: FILING PROCESS

8.) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXCERCISE JURISICTION

9.) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

*S353397*