RAYMOND M. BUDDIE (BAR NO. 121353)
RICK W. GRADY (BAR NO. 235976)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rbuddie@allenmatkins.com
         rgrady@allenmatkins.com

Attorneys for Defendants
DICK/MORGANTI; DICK CORPORATION; THE
MORGANTI GROUP, INC.; AMERICAN
CASUALTY COMPANY OF READING, PA;
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA; and
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FOR USE AND BENEFIT OF ISEC, INC., a Colorado corporation,<br><br>          Plaintiffs,<br><br>   vs.<br><br>DICK MORGANTI, a joint venture; DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10,<br><br>          Defendants. | Case No. CV-08-1932<br><br>STIPULATION TO EXTEND RESPONSE DEADLINE |

The parties hereto stipulate that good cause exists to extend the time for all defendants to respond to the Complaint filed herein by the United States for the use and benefit of Isec, Inc. to and including June 12, 2008.  The parties are currently involved in

1 | good faith efforts to resolve their dispute involving the newly constructed GSA Federal
2 | Building in San Francisco.
3 |     There have been no previous time modifications in this case and the Initial Case
4 | Management Conference is scheduled for July 24, 2008.
5 | **SO STIPULATED.**
6 |
7 | DATED: *May 29*, 2008      MUZI & ASSOCIATES
8 |     By *[signature]*
9 |     ANDREW C. MUZI
    Attorney for Plaintiff ISEC, Inc.
10 |
11 | DATED: *May 29*, 2008      ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
12 |     By *[signature]*
13 |
14 |     RICK W. GRADY
    Attorneys for Defendants Dick/Morganti;
    Dick Corporation; The Morganti Group,
15 |     Inc.; American Casualty Company of
    Reading, Pennsylvania; National Union Fire
16 |     Insurance Company of Pittsburgh,
    Pennsylvania; and Continental Casualty
17 |     Company
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

739066.01/SF

-2-
STIPULATION TO EXTEND RESPONSE DEADLINE