RAYMOND M. BUDDIE (BAR NO. 121353)
RICK W. GRADY (BAR NO. 235976)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: rbuddie@allenmatkins.com
        rgrady@allenmatkins.com

Attorneys for Defendants
DICK/MORGANTI; DICK CORPORATION; THE
MORGANTI GROUP, INC.; AMERICAN
CASUALTY COMPANY OF READING, PA;
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA; and
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FOR USE AND BENEFIT OF ISEC, INC., a Colorado corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DICK MORGANTI, a joint venture; DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10,<br><br>            Defendants. | Case No. CV-08-1932<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

The parties hereto stipulate that good cause exists to extend the time for all defendants to respond to the Complaint filed herein by the United States for the use and benefit of Isec, Inc. to and including July 16, 2008. The parties are currently involved in good faith efforts to resolve their dispute involving the newly constructed GSA Federal

Building in San Francisco, and the Initial Case Management Conference is scheduled for July 24, 2008. The parties have previously stipulated to an extension for Defendants to respond by June 27, 2008, and discussions regarding a potential settlement of this matter are ongoing.

**SO STIPULATED.**

DATED: 6-27, 2008

MUZI & ASSOCIATES

By _____

ANDREW C. MUZI
DANA L. HARRIS
Attorneys for Plaintiff ISEC, Inc.

DATED: June 27, 2008

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By _____

RICK W. GRADY
Attorneys for Defendants Dick/Morganti; Dick Corporation; The Morganti Group, Inc.; American Casualty Company of Reading, Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pennsylvania; and Continental Casualty Company