```
 1  RAYMOND M. BUDDIE (BAR NO. 121353)
    RICK W. GRADY (BAR NO. 235976)
 2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
 3  Three Embarcadero Center, 12th Floor
    San Francisco, CA  94111-4074
 4  Phone: (415) 837-1515
    Fax:   (415) 837-1516
 5  E-Mail: rbuddie@allenmatkins.com
            rgrady@allenmatkins.com
 6
    Attorneys for Defendants
 7  DICK/MORGANTI; DICK CORPORATION; THE
    MORGANTI GROUP, INC.; AMERICAN
 8  CASUALTY COMPANY OF READING, PA;
    NATIONAL UNION FIRE INSURANCE
 9  COMPANY OF PITTSBURGH, PA; and
    CONTINENTAL CASUALTY COMPANY
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FOR USE AND BENEFIT OF ISEC, INC., a Colorado corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>DICK MORGANTI, a joint venture; DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10,<br><br>    Defendants. | Case No. CV-08-1932<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE (1) ADR CERTIFICATION BY PARTIES AND COUNSEL AND (2) STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; DECLARATION OF RICK W. GRADY** |

Pursuant to Local Rule 6-2 and the attached declaration of Rick W. Grady, the parties hereto stipulate that good cause exists to extend the time for all defendants to respond to the Complaint filed herein by the United States for the use and benefit of Isec, Inc. to July 16, 2008. The parties are currently involved in good faith efforts to resolve

1  their dispute involving the newly constructed GSA Federal Building in San Francisco, and
2  the Initial Case Management Conference is scheduled for July 24, 2008. The parties have
3  previously stipulated to an extension for Defendants to respond by June 27, 2008, and
4
5  discussions regarding a potential settlement of this matter are ongoing.
6      This stipulation affects the July 3, 2008 deadline set by the Court in the Order
7  Setting Initial Case Management Conference and ADR Deadlines to file (1) ADR
8  Certification By Parties And Counsel and (2) Stipulation And [Proposed] Order Selecting
9  ADR Process.
10      Therefore, based upon the parties' stipulation extending the response date to July
11  16, 2008, and the upcoming July 3, 2008, deadlines set by the court, the parties hereby
12  stipulate and request the court Order the July 3, 2008, deadlines continued to July 16,
13  2008, so that the parties may have the opportunity to informally resolve this matter. No
14  other deadlines are affected by this stipulation.
15  **SO STIPULATED.**
16
17  DATED: 6-27, 2008                                MUZI & ASSOCIATES
18                                                   By _____
19                                                   ANDREW C. MUZI
20                                                   DANA L. HARRIS
                                                     Attorneys for Plaintiff ISEC. Inc.
21
22  DATED: June 27, 2008                             ALLEN MATKINS LECK GAMBLE
                                                     MALLORY & NATSIS LLP
23                                                   By _____
24                                                   RICK W. GRADY
                                                     Attorneys for Defendants Dick/Morganti;
25                                                   Dick Corporation; The Morganti Group,
                                                     Inc.; American Casualty Company of
26                                                   Reading, Pennsylvania; National Union Fire
                                                     Insurance Company of Pittsburgh,
27                                                   Pennsylvania; and Continental Casualty
                                                     Company
28  ///

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  DATED: _____, 2008

4  _____
   The Honorable Phyllis J. Hamilton
   U.S. District Court Judge, Northern District
5  of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Declaration of Rick W. Grady

1. I, Rick W. Grady, am currently counsel for Defendants Dick/Morganti; Dick Corporation; The Morganti Group, Inc.; American Casualty Company of Reading, Pennsylvania; National Union Fire Insurance Company of Pittsburgh, Pennsylvania; and Continental Casualty Company ("Defendants") in this matter.

2. Defendants and Plaintiff Isec, Inc. ("Plaintiff") are engaged in good faith settlement negotiations that may potentially resolve this case partially, if not entirely. This case arises from the complex construction project known as the new San Francisco Federal Building.

3. Defendants and Plaintiff have previously agreed to an extension for Defendants to file a responsive pleading until June 27, 2008.

4. Defendants and Plaintiff are requesting a time modification that would only affect the time for filing an ADR Certification, and either a Stipulation and [Proposed] Order Selecting ADR Process or a Notice of Need for ADR Phone Conference, as required by Civil Local Rule 16-8. The Court initially set July 3, 2008 as the deadline for filing these ADR documents, and Defendants and Plaintiff are requesting by stipulation that said deadline be moved to July 16, 2008.

5. Except for the July 3, 2008 deadline for filing ADR documents pursuant to Civil Local Rule 16-8, the schedule for the case will not otherwise be affected.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _June 27, 2008_, at _San Francisco, CA_.
(Place Verification was executed).

Printed Name: _Rick Grady_

Signature: _/s/ Rick Grady_