UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES FOR USE AND
BENEFIT OF ISEC, INC.,
      Plaintiff(s),

v.

DICK MORGANTI; DICK
CORPORATION; ET AL.
      Defendant(s).

Case No. 08-CV-01932-PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 3, 2008

Dated: July 3, 2008

[Party]
MIKE POLANCHYCK

[Counsel]
ANDREW MUZI

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF ORANGE     )

       I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is 1851 E. First Street, Suite 1257, Santa Ana, California 92705-4017.

       On July 3, 2008, I served the foregoing document described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Raymond M. Buddie, Esq.
Rick W. Grady, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
***Attorneys for Defendants***

XXX  **(Service By Mail)** I caused such envelope, with postage thereon, fully prepaid, to be placed for deposit at 1851 E. First Street, Suite 1257, Santa Ana, in the United States Postal Service. I am familiar with the regular mail collection and processing practices of Muzi & Associates that the mail would be deposited with the United States Postal Service that same day in the ordinary course of business, and that the envelope was sealed and deposited for collection and mailing on the above date following ordinary business practices.

_____  **(Service By Federal Express Next Day Air)** I caused such envelope, to be placed for deposit at 1851 E. First Street, Suite 1257, Santa Ana, California, in the Federal Express box. I am familiar with the regular mail collection and processing practices of Muzi & Associates that the mail would be deposited with the Federal Express that same day in the ordinary course of business, and that the envelope was sealed and deposited for collection and mailing on the above date following ordinary business practices.

_____  **(Via Facsimile)** I caused such document to be transmitted by facsimile transmission which transmission was reported as complete without error. Attached hereto is a copy of the transmission report which was properly issued by the transmitting facsimile machine.

_____  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

       Executed this date, July 3, 2008, at Santa Ana, California.

_____
Anabel Dominguez