1  JOHN W. RALLS (CA Bar No. 148233)
   jralls@thelen.com
2  JOHN A. FOUST (CA Bar No. 218824)
   jfoust@thelen.com
3  JOANNA ROSEN (CA Bar No. 244943)
   jrosen@thelen.com
4  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
5  San Francisco, CA 94105
   Tel. 415.371.1200 // Fax 415.371.1211
6
   Attorneys for Defendants
7  DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP,
   AMERICAN CASUALTY COMPANY OF READING, PA,
8  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and
   CONTINENTAL CASUALTY COMPANY
9

10             UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA for the Use and Benefit of ISEC, INC., | Case No.: 3:08-CV-01932 –PJH
   |                                                                  |
14 |                                                                  | **SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL**
15 |                    Plaintiffs,                                   |
   |       vs.                                                        |
16 |                                                                  |
17 | DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10, inclusive, | Judge: Hon. Phyllis J. Hamilton
18 |                                                                  |
19 |                                                                  |
20 |                    Defendants.                                   |
21

SF #1520544 v1                           -1-
NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER – Case No.: 3:08-CV-01932 – PJH

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD
2  HEREIN:
3      PLEASE TAKE NOTICE that Dick/Morganti, Dick Corporation, The Morganti Group,
4  American Casualty Company of Reading, PA, National Union Fire Insurance Company of
5  Pittsburgh, PA and Continental Casualty Company, previously represented by Raymond M.
6  Buddie and Rick W. Grady of Allen Matkins Leck Gamble Mallory & Natsis, LLP, have retained
7  John W. Ralls, John A. Foust and Joanna Rosen of Thelen Reid Brown Raysman & Steiner LLP to
8  replace Messrs. Buddie and Grady. Accordingly, from this day forward, copies of all pleadings
9  and notices, and all other communications related to this action, previously directed to Messrs.
10 Buddie and/or Grady, should now be directed to:

11 JOHN W. RALLS (CA Bar No. 148233)
   jralls@thelen.com
12 JOHN A. FOUST (CA Bar No. 218824)
   jfoust@thelen.com
13 JOANNA ROSEN (CA Bar No. 244943)
   jrosen@thelen.com
14 THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
15 San Francisco, CA 94105
   Tel. 415.371.1200 // Fax 415.371.1211
16

17 I accept this substitution:

18 Dated: July 10, 2008                    THELEN REID BROWN RAYSMAN & STEINER LLP

19                                                   /s/
                                          By _____
20                                            John W. Ralls
                                              Attorneys for Defendants DICK/MORGANTI, DICK
21                                            CORPORATION, THE MORGANTI GROUP,
                                              AMERICAN CASUALTY COMPANY OF
22                                            READING, PA, NATIONAL UNION FIRE
                                              INSURANCE COMPANY OF PITTSBURGH, PA
23                                            and CONTINENTAL CASUALTY COMPANY

24
25
26
27
28

1  I consent to this subsititution:

2  Dated: July 10, 2008                ALLEN MATKINS LECK GAMBLE
                                       MALLORY & NATSIS, LLP
3
                                              /s/
4                                      By _____
                                          Rick W. Grady
5

6  Dated: July 10, 2008                DICK/MORGANTI, THE MORGANTI GROUP

7
                                       By _____
8                                         Ron G. Brookfield
                                          Group Vice President for THE MORGANTI GROUP
9                                         Authorized Agent for DICK/MORGANTI and THE
                                          MORGANTI GROUP
10

11 Dated: July 10, 2008                DICK CORPORATION, AMERICAN CASUALTY
                                       COMPANY OF READING, PA, NATIONAL UNION FIRE
12                                     INSURANCE COMPANY OF PITTSBURGH, PA, and
                                       CONTINENTAL CASUALTY CO.
13

14                                     By _____
                                          Michael T. Ambroso
15                                        Assistant General Counsel and Assistant Secretary
                                          for DICK CORPORATION
16                                        Authorized Agent for DICK CORPORATION and
                                          AMERICAN CASUALTY COMPANY OF
17                                        READING, PA, NATIONAL UNION FIRE
                                          INSURANCE COMPANY OF PITTSBURGH, PA
18                                        and CONTINENTAL CASUALTY CO.

19

20                                           **ORDER**

21         The foregoing Substitution of Counsel is approved.

22

23 Dated:_____, 2008

24                                            _____
                                                  Honorable Phyllis J. Hamilton
25

26

27

28