```
 1  JOHN W. RALLS (CA Bar No. 148233)
    jralls@thelen.com
 2  JOHN A. FOUST (CA Bar No. 218824)
    jfoust@thelen.com
 3  JOANNA ROSEN (CA Bar No. 244943)
    jrosen@thelen.com
 4  THELEN REID BROWN RAYSMAN & STEINER LLP
    101 Second Street, Suite 1800
 5  San Francisco, CA  94105
    Tel. 415.371.1200 // Fax 415.371.1211
 6
    Attorneys for Defendants
 7  DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP,
    AMERICAN CASUALTY COMPANY OF READING, PA,
 8  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and
    CONTINENTAL CASUALTY COMPANY
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of ISEC, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:08-CV-01932 –PJH<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION OF COUNSEL**<br><br>Judge:  Hon. Phyllis J. Hamilton |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD
2  HEREIN:
3      PLEASE TAKE NOTICE that Dick/Morganti, Dick Corporation, The Morganti Group,
4  American Casualty Company of Reading, PA, National Union Fire Insurance Company of
5  Pittsburgh, PA and Continental Casualty Company, previously represented by Raymond M.
6  Buddie and Rick W. Grady of Allen Matkins Leck Gamble Mallory & Natsis, LLP, have retained
7  John W. Ralls, John A. Foust and Joanna Rosen of Thelen Reid Brown Raysman & Steiner LLP to
8  replace Messrs. Buddie and Grady. Accordingly, from this day forward, copies of all pleadings
9  and notices, and all other communications related to this action, previously directed to Messrs.
10 Buddie and/or Grady, should now be directed to:

11 JOHN W. RALLS (CA Bar No. 148233)
   jralls@thelen.com
12 JOHN A. FOUST (CA Bar No. 218824)
   jfoust@thelen.com
13 JOANNA ROSEN (CA Bar No. 244943)
   jrosen@thelen.com
14 THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
15 San Francisco, CA 94105
   Tel. 415.371.1200 // Fax 415.371.1211
16

17 I accept this substitution:

18 Dated: July 10, 2008           THELEN REID BROWN RAYSMAN & STEINER LLP

19                                /s/
                        By _____
20                            John W. Ralls
21                            Attorneys for Defendants DICK/MORGANTI, DICK
                           CORPORATION, THE MORGANTI GROUP,
22                            AMERICAN CASUALTY COMPANY OF
                           READING, PA, NATIONAL UNION FIRE
23                            INSURANCE COMPANY OF PITTSBURGH, PA
                           and CONTINENTAL CASUALTY COMPANY
24
25
26
27
28

I consent to this subsititution:

Dated: July 10, 2008

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP

By /s/
Rick W. Grady

Dated: July 10, 2008

DICK/MORGANTI, THE MORGANTI GROUP

By [signature]
Ron G. Brookfield
Group Vice President for THE MORGANTI GROUP
Authorized Agent for DICK/MORGANTI and THE MORGANTI GROUP

Dated: July 10, 2008

DICK CORPORATION, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and CONTINENTAL CASUALTY CO.

By [signature]
Michael T. Ambroso
Assistant General Counsel and Assistant Secretary for DICK CORPORATION
Authorized Agent for DICK CORPORATION and AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and CONTINENTAL CASUALTY CO.

**ORDER**

The foregoing Substitution of Counsel is approved.

Dated: July 15, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
IT IS SO ORDERED
Judge Phyllis J. Hamilton