1  ANDREW C. MUZI, ESQ., SBN 132282
   amuzi@muzilaw.com
2  DANA L. HARRIS, ESQ., SBN 220668
   dharris@muzilaw.com
3  MUZI & ASSOCIATES
   1851 E. FIRST STREET, SUITE 1257
4  SANTA ANA, CALIFORNIA 92705-4017
   Tel. 949-553-9277 // Fax 949-553-9288
5
   JOHN W. RALLS (CA Bar No. 148233)
6  jralls@thelen.com
   JOHN A. FOUST (CA Bar No. 218824)
7  jfoust@thelen.com
   JOANNA ROSEN (CA Bar No. 244943)
8  jrosen@thelen.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
9  101 Second Street, Suite 1800
   San Francisco, CA 94105
10 Tel. 415.371.1200 // Fax 415.371.1211

11 Attorneys for Defendants
   DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP,
12 AMERICAN CASUALTY COMPANY OF READING, PA,
   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and
13 CONTINENTAL CASUALTY COMPANY

14                     UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

16

17
   UNITED STATES OF AMERICA for the Use and    Case No.: 3:08-CV-01932 –PJH
18 Benefit of ISEC, INC.,
                                               **STIPULATION AND [PROPOSED]**
19              Plaintiffs,                    **ORDER EXTENDING CASE**
          vs.                                  **SCHEDULE AND CASE**
20                                             **MANAGEMENT CONFERENCE**

21 DICK/MORGANTI, a joint venture, DICK        Judge: Hon. Phyllis J. Hamilton
   CORPORATION, THE MORGANTI GROUP,
22 AMERICAN CASUALTY COMPANY OF
   READING, PA, NATIONAL UNION FIRE
23 INSURANCE COMPANY OF PITTSBURGH, PA,
   CONTINENTAL CASUALTY COMPANY, and
24 DOES 1 through 10, inclusive,

25              Defendants.

26

27

28

SF #1524004 v1                     -1-
STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE – Case No.: 3:08-CV-01932 – PJH

1         Pursuant to Civil Rule 6-2, the parties, Use Plaintiff ISEC, Inc. ("ISEC"), on the one hand, and Defendants Dick/Morganti, a Joint Venture ("Dick/Morganti"), Dick Corporation, The Morganti Group, American Casualty Company of Reading, Pennsylvania; Continental Casualty Company; National Union Fire Insurance Company of Pittsburgh, PA, on the other, hereby stipulate and agree as follows:

        This case arises out of the construction of the construction of the San Francisco Federal Building. Since the date the complaint was filed, the parties have discussed how to resolve (or at least narrow) the issues between them arising out of the Project, and these discussions continue. In particular, the parties are discussing the extent to which the claims asserted by ISEC are properly the subject of Dick/Morganti's claim against the Project owner, the United States General Services Administration. Under the circumstances, the parties desire to continue the various case management deadlines that have been established by 14 days.

        The parties have previously stipulated, and the Court has previously allowed, time extensions for the response to the complaint to June 27 and June 16, 2008. The parties have filed the ADR Certification.

        The parties stipulate and agree that the following case schedule should be established:

- ➢ Deadline for defendants' response to complaint: July 30, 2008.
- ➢ Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file case management statement per Standing Order re Contents of Joint Case Management Statement: July 31, 2008.
- ➢ Initial Case Management Conference: On or about August 7, 2008, on a date to be set by the Court.

        A declaration in support of this stipulated request is attached.

Dated: July 16, 2008            MUZI & ASSOCIATES

                                By: /s/ _____
                                    Andrew C. Muzi
                                    Attorney for ISEC, INC.


Dated: July 16, 2008            THELEN REID BROWN RAYSMAN & STEINER LLP

                                By: /s/ _____
                                    John W. Ralls
                                    Attorneys for Defendants DICK/MORGANTI, DICK
                                    CORPORATION, THE MORGANTI GROUP,
                                    AMERICAN CASUALTY COMPANY OF
                                    READING, PA, NATIONAL UNION FIRE
                                    INSURANCE COMPANY OF PITTSBURGH, PA
                                    and CONTINENTAL CASUALTY COMPANY

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court sets the initial case management conference (previously scheduled for July 24, 2008) for August 7, 2008 _____, 2008 in Courtroom 3, 17th Floor, San Francisco at 2:30 p.m.

Dated: July 17 _____, 2008

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

# DECLARATION OF JOHN W. RALLS

I, John W. Ralls, declare:

1. I am an attorney-at-law, a partner with Thelen Reid Brown Raysman & Steiner LLP and counsel of record for the defendants in this case, including defendant Dick/Morganti, a joint venture.

2. The plaintiff, ISEC, Inc. and the defendants, are engaged in settlement negotiations that may resolve this case partially, if not entirely. This case arises from the construction of the San Francisco Federal Building ("Project"). A major issue in the on-going discussions is whether and to what extent ISEC's claims are properly the subject of Dick/Morganti's claims against the Project owner, the United States General Services Administration, and so should not be prosecuted against the defendants.

3. I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on July 16, 2008, in San Francisco, California.

_____
John W. Ralls