ANDREW C. MUZI, ESQ., SBN 132282
amuzi@muzilaw.com
DANA L. HARRIS, ESQ., SBN 220668
dharris@muzilaw.com
MUZI & ASSOCIATES
1851 E. FIRST STREET, SUITE 1257
SANTA ANA, CALIFORNIA 92705-4017
Tel. 949-553-9277 // Fax 949-553-9288

JOHN W. RALLS (CA Bar No. 148233)
jralls@thelen.com
JOHN A. FOUST (CA Bar No. 218824)
jfoust@thelen.com
JOANNA ROSEN (CA Bar No. 244943)
jrosen@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel. 415.371.1200 // Fax 415.371.1211

Attorneys for Defendants
DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP,
AMERICAN CASUALTY COMPANY OF READING, PA,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of ISEC, INC., <br><br> Plaintiffs, <br> vs. <br><br> DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:08-CV-01932 –PJH <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE AND CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Phyllis J. Hamilton |

Pursuant to Civil Rule 6-2, the parties, Use Plaintiff ISEC, Inc. ("ISEC"), on the one hand, and Defendants Dick/Morganti, a Joint Venture ("Dick/Morganti"), Dick Corporation, The Morganti Group, American Casualty Company of Reading, Pennsylvania; Continental Casualty Company; National Union Fire Insurance Company of Pittsburgh, PA, on the other, hereby stipulate and agree as follows:

This case arises out of the construction of the San Francisco Federal Building. Since the date the complaint was filed, the parties have discussed how to resolve (or at least narrow) the issues between them arising out of the Project, and these discussions continue. In particular, the parties are discussing the extent to which the claims asserted by ISEC are properly the subject of Dick/Morganti's claim against the Project owner, the United States General Services Administration. Under the circumstances, the parties desire to continue the various case management deadlines that have been established by 14 days.

The parties have previously stipulated, and the Court has previously allowed, time extensions for the response to the complaint to June 27, July 16 and July 30, 2008, and corresponding time extensions to the Rule 26 report and initial case management conference. The parties have filed the ADR Certification.

The parties hope and expect that this will be a final stipulation of this type. Settlement discussions are taking place in earnest.

The parties stipulate and agree that the following case schedule should be established:

- ➢ Deadline for defendants' response to complaint: August 13, 2008.
- ➢ Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file case management statement per Standing Order re Contents of Joint Case Management Statement: August 14, 2008.
- ➢ Initial Case Management Conference: On or about August 21, 2008, on a date to be set by the Court.

A declaration in support of this stipulated request is attached.

| | | |
|---|---|---|
| Dated: July 29, 2008 | MUZI & ASSOCIATES | |
| | By: /s/ _Dana Harris_ | |
| | Dana L. Harris | |
| | Attorney for ISEC, INC. | |

Dated: July 29, 2008    THELEN REID BROWN RAYSMAN & STEINER LLP

By /s/ _____
John W. Ralls
Attorneys for Defendants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and CONTINENTAL CASUALTY COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court sets the initial case management conference (previously scheduled for August 7, 2008) for ___August 28___, 2008 in Courtroom 3, 17th Floor, San Francisco at ___2:30 p.m.___.

Dated: ___August 4___, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF JOHN W. RALLS

I, John W. Ralls, declare:

1. I am an attorney-at-law, a partner with Thelen Reid Brown Raysman & Steiner LLP and counsel of record for the defendants in this case, including defendant Dick/Morganti, a joint venture.

2. The plaintiff, ISEC, Inc. and the defendants, are engaged in settlement negotiations that may resolve this entirely. This case arises from the construction of the San Francisco Federal Building ("Project"). A major issue in the on-going discussions is whether and to what extent ISEC's claims are properly the subject of Dick/Morganti's claims against the Project owner, the United States General Services Administration, and so should not be prosecuted against the defendants.

3. I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on July 29, 2008, in San Francisco, California.

_____
John W. Ralls