1  ANDREW C. MUZI, ESQ., SBN 132282
   amuzi@muzilaw.com
2  DANA L. HARRIS, ESQ., SBN 220668
   dharris@muzilaw.com
3  MUZI & ASSOCIATES
   1851 E. FIRST STREET, SUITE 1257
4  SANTA ANA, CALIFORNIA 92705-4017
   Tel. 949-553-9277 // Fax 949-553-9288
5
   JOHN W. RALLS (CA Bar No. 148233)
6  jralls@thelen.com
   JOHN A. FOUST (CA Bar No. 218824)
7  jfoust@thelen.com
   JOANNA ROSEN (CA Bar No. 244943)
8  jrosen@thelen.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
9  101 Second Street, Suite 1800
   San Francisco, CA 94105
10 Tel. 415.371.1200 // Fax 415.371.1211

11 Attorneys for Defendants
   DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP,
12 AMERICAN CASUALTY COMPANY OF READING, PA,
   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and
13 CONTINENTAL CASUALTY COMPANY

14
                        UNITED STATES DISTRICT COURT
15
              NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
16

17

| | |
|---|---|
| 18  UNITED STATES OF AMERICA for the Use and Benefit of ISEC, INC., | Case No.: 3:08-CV-01932 –PJH |
| 19                   Plaintiffs,<br>        vs.<br>20 | **STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE AND CASE MANAGEMENT CONFERENCE** |
| 21  DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10, inclusive,<br>                   Defendants. | Judge: Hon. Phyllis J. Hamilton |

26

27

28

1  Pursuant to Civil Rule 6-2, the parties, Use Plaintiff ISEC, Inc. ("ISEC"), on the one hand,
2  and Defendants Dick/Morganti, a Joint Venture ("Dick/Morganti"), Dick Corporation, The
3  Morganti Group, American Casualty Company of Reading, Pennsylvania, Continental Casualty
4  Company, National Union Fire Insurance Company of Pittsburgh, PA, on the other, hereby
5  stipulate and agree as follows:

6  The parties are pleased to report that they reached agreement, late last week, on the
7  business terms of a resolution that will result in the dismissal or stay of this case in accordance
8  with the agreement of the parties. It will take more than a week, however, to draft and finalize a
9  formal agreement. One of the key participants in the negotiations, and an essential participant in
10 the drafting of the formal agreement, is on vacation during the week of August 11, 2008. (*See*
11 Declaration of John W. Ralls, attached.) Under the circumstances, the parties desire to continue
12 the various case management deadlines that have been established by 30 days.

13 The parties have previously stipulated, and the Court has previously allowed, time
14 extensions for the response to the complaint to June 27, July 16, July 30, and August 13, 2008, and
15 corresponding time extensions to the Rule 26 report and initial case management conference. The
16 parties have filed the ADR Certification.

17 The parties stipulate and agree that the following case schedule should be established:
18 ➢ Deadline for defendants' response to complaint: September 10, 2008.
19 ➢ Last day to file Rule 26(f) report, complete initial disclosures or state objection in
20   Rule 26(f) report and file case management statement per Standing Order re
21   Contents of Joint Case Management Statement: September 11, 2008.
22 ➢ Initial Case Management Conference: On or about October 17, 2008, on a date to
23   be set by the Court.

24 ////
25 ////
26 ////
27 ////
28 ////

A declaration in support of this stipulated request is attached.

Dated: August 13, 2008            MUZI & ASSOCIATES

                                  By: /s/ Dana Harris
                                  ─────────────────────────
                                  Dana L. Harris
                                  Attorney for ISEC, INC.


Dated: August 13, 2008            THELEN REID BROWN RAYSMAN & STEINER LLP

                                  By /s/ 
                                  ─────────────────────────
                                  John W. Ralls
                                  Attorneys for Defendants DICK/MORGANTI, DICK
                                  CORPORATION, THE MORGANTI GROUP,
                                  AMERICAN CASUALTY COMPANY OF
                                  READING, PA, NATIONAL UNION FIRE
                                  INSURANCE COMPANY OF PITTSBURGH, PA
                                  and CONTINENTAL CASUALTY COMPANY

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court sets the initial case management conference (previously scheduled for August 28, 2008) for October 30, 2008_____, 2008 in Courtroom 3, 17th Floor, San Francisco at 2:30 p.m._____.

Dated: August 15_____, 2008

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Phyllis J. Hamilton]

# DECLARATION OF JOHN W. RALLS

I, John W. Ralls, declare:

1. I am an attorney-at-law, a partner with Thelen Reid Brown Raysman & Steiner LLP and counsel of record for the defendants in this case, including defendant Dick/Morganti, a joint venture.

2. Late last week the parties reached agreement on the business terms of a resolution that will result in the dismissal or stay of this case as agreed by the parties.

3. The key participant in these negotiations for the defendants was the Assistant General Counsel of Dick Corporation, Michael Ambroso. Mr. Ambroso is on vacation for the week of August 11, 2008, and will return August 18, 2008.

4. In view of Mr. Ambroso's vacation, the fact that he has to be involved in the drafting and execution of the formal agreement, and the fact that the agreement is not simple, it will take more than a week to draft, finalize and execute the formal agreement.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on August 13, 2008, in San Francisco, California.

_____
John W. Ralls