1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of ISEC, INC., | Case No.: 3:08-CV-01932 –PJH |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER FURTHER EXTENDING CASE SCHEDULE AND CASE MANAGEMENT CONFERENCE** |
| vs. | |
| DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10, inclusive, | Judge:  Hon. Phyllis J. Hamilton |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, the parties, Use Plaintiff ISEC, Inc. ("ISEC"), on the one hand, and Defendants Dick/Morganti, a Joint Venture ("Dick/Morganti"), Dick Corporation, The Morganti Group, American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Union Fire Insurance Company of Pittsburgh, PA, on the other, hereby stipulate and agree as follows:

The parties have finalized the terms of a settlement agreement that they intend to execute this week.  The terms of that agreement require part of the settlement payment to be made at the time of execution and part to be made within 30 days of the execution, upon which time ISEC has

1   agreed to dismiss this action.  Accordingly, the parties desire to continue the various case

2   management deadlines that have been established by 40 days.

3         The parties have previously stipulated, and the Court has previously allowed, time

4   extensions for the response to the complaint to June 27, July 16, July 30, August 13, 2008, and

5   most recently September 10, 2008, and corresponding time extensions to the Rule 26 report and

6   Initial Case management Conference.  The parties have filed the ADR Certification.

7         The parties stipulate and agree that the following case schedule should be established:

8         ➢  Deadline for defendants' response to complaint:  October 20, 2008.

9         ➢  Initial Case Management Conference:  On or about November 28, 2008, on a date

10            to be set by the Court.

11        ➢  Last day to file Rule 26(f) report, complete initial disclosures or state objection in

12            Rule 26(f) report and file case management statement per Standing Order re

13            Contents of Joint Case Management Statement:  One week before the Initial Case

14            Management Conference as set by the Court.

15

16  Dated:  September 10, 2008          MUZI & ASSOCIATES
17                                      1851 E. First Street, Suite 1257
                                        Santa Ana, CA  92705-4017
18                                      Tel. 949.553.9277 // Fax 949.553.9288

19                                      By:  _____
20                                           Dana L. Harris
                                             Attorneys for ISEC, INC.
21

22  Dated:  September 10, 2008          THELEN LLP
                                        101 Second Street, Suite 1800
23                                      San Francisco, CA  94105
                                        Tel. 415.371.1200 // Fax 415.371.1211
24

25                                      By:  _____
                                             John Foust
26                                           Attorneys for Defendants DICK/MORGANTI, DICK
                                             CORPORATION, THE MORGANTI GROUP,
                                             AMERICAN CASUALTY COMPANY OF
27                                           READING, PA, NATIONAL UNION FIRE
                                             INSURANCE COMPANY OF PITTSBURGH, PA
28                                           and CONTINENTAL CASUALTY COMPANY

1

**<u>ORDER</u>**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3      The Court sets the initial case management conference (previously scheduled for

4 October 30, 2008) for _____December 4,_____, 2008 in Courtroom 3, 17th Floor, San Francisco at

5 __2:30 p.m._____.

6                 12

7 Dated:_____September 19_____, 2008

8

9

10 IT IS SO ORDERED

Judge Phyllis J. Hamilton

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND  [PROPOSED] ORDER EXTENDING CASE SCHEDULE – Case No.: 3:08-CV-01932 – PJH

## DECLARATION OF JOHN FOUST

I, John Foust, declare:

1.      I am an attorney-at-law, an attorney with Thelen LLP and counsel of record for the defendants in this case, including defendant Dick/Morganti, a joint venture.

2      The parties have finalized the terms of a settlement agreement that they intend to execute this week.

3.      The terms of that agreement require part of the settlement payment to be made at the time of execution and part to be made within 30 days of the execution, upon which time ISEC has agreed to dismiss this action.

4.      The parties have previously stipulated, and the Court has previously allowed, time extensions for the response to the complaint to June 27, July 16, July 30, August 13, 2008, and most recently September 10, 2008, and corresponding time extensions to the Rule 26 report and Initial Case management Conference.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on September 11, 2008, in San Francisco, California.

John Foust

DECLARATION OF JOHN FOUST