UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of ISEC, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, CONTINENTAL CASUALTY COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:08-CV-01932 –PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FURTHER EXTENDING CASE SCHEDULE A~~ND CASE MANAGEMENT CONFERENCE~~**<br><br>Judge: Hon. Phyllis J. Hamilton |

Pursuant to Civil Local Rule 6-2, the parties, Use Plaintiff ISEC, Inc. (“ISEC”), on the one hand, and Defendants Dick/Morganti, a Joint Venture (“Dick/Morganti”), Dick Corporation, The Morganti Group, American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Union Fire Insurance Company of Pittsburgh, PA, (collectively “Defendants”) on the other, hereby stipulate and agree as follows:

The parties are in the final steps of negotiating the terms of a settlement agreement that they hope to have finalized and executed within the next two weeks. Accordingly, the parties

hereby stipulate and agree to continue the deadline for Defendants to respond to ISEC's complaint in this action by two weeks to **November 7, 2008**.

The parties have previously stipulated, and the Court has previously allowed, time extensions for the response to the complaint and corresponding time extensions to the Rule 26 report and Initial Case management Conference. The parties have filed the ADR Certification.

Dated: October 28, 2008

MUZI & ASSOCIATES
1851 E. First Street, Suite 1257
Santa Ana, CA 92705-4017
Tel. 949.553.9277 // Fax 949.553.9288

By: ______________________
Dana L. Harris
Attorneys for ISEC, INC.

Dated: October 28, 2008

THELEN LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel. 415.371.1200 // Fax 415.371.1211

By: ______________________
John Foust
Attorneys for Defendants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and CONTINENTAL CASUALTY COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 31, 2008

Hon.
United
Northern

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

**DECLARATION OF JOHN FOUST**

I, John Foust, declare:

1. I am an attorney-at-law, an attorney with Thelen LLP and counsel of record for the defendants in this case, including defendant Dick/Morganti, a joint venture.

2 The parties are in the final steps of negotiating the terms of a settlement agreement that they hope to have finalized and executed within the next two weeks.

3. Accordingly, the parties hereby stipulate and agree to continue the deadline for Defendants to respond to ISEC's complaint in this action by two weeks to November 7, 2008.

4. The parties have previously stipulated, and the Court has previously allowed, time extensions for the response to the complaint to June 27, July 16, July 30, August 13, September 10, and most recently, October 20, 2008, and corresponding time extensions to the Rule 26 report and Initial Case management Conference.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on October 28, 2008, in San Francisco, California.

John Foust